

FILED
JAN 03 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Monico J Quisqga III  
(Name of Plaintiff)  
P.O. Box 3050  
(Address of Plaintiff)  
Susanville CA 96127

1: 17 CV · 0 0 0 0 4   EPG PC  
(Case Number)

vs.

Kern County Sheriffs  
C. Cooper  
J. Moreno  
(Names of Defendants)

COMPLAINT

I. Previous Lawsuits:

    A. Have you brought any other lawsuits while a prisoner: ☑ Yes    ☐ No

    B. If your answer to A is yes, how many?: __6__ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

    1. Parties to this previous lawsuit:  
    Plaintiff Monico J Quisqga III T-49754  
    Defendants Medical Service  
    Doctor. Hasota

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT  
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983      Rev'd 5/99

Monico J Quiroga III T-49754
P.O. Box 3030
Susanville CA 96127

Monico J Quiroga III
v.
Kern County Sheriffs
C. Cooper
J. Moreno

Case No.

1. Previous Lawsuits:

Plaintiff: Monico J Quiroga III T-49754
Defendants: C. Chapa
Court: Eastern District of Cali
Docket #: 1:16-cv-00071-SAB
Dispo: Cognizable Claim

Plaintiff: Monico J Quiroga III T-49754
Defendant: B. Travis et, al.,
Court: Eastern District of California
Docket #: 1:16-cv-00234-D.S.A.

Plaintiff: Monico J Quiroga III T-49754
Defendant: Theodore King et, al.,
Court: Eastern District of California
Docket #: 1:15-cv-01697-AWI-MJS

Plaintiff: Monico J Quiroga III T-49754
Defendant: Trinity Food Service
Court: Eastern District of California
Docket #: 1:15-cv-01203-DLB

2. Court (if Federal Court, give name of District; if State Court, give name of County) Eastern District of California

3. Docket Number 1:15-cv-01871-JLT-LJO

4. Name of judge to whom case was assigned Jennifer L. Thurston

5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?) Cognizable Claim

6. Approximate date of filing lawsuit 12-18-2015

7. Approximate date of disposition Nov-10-2016

II. Exhaustion of Administrative Remedies

A. Is there a grievance procedure available at your institution? ☑ Yes ☐ No

B. Have you filed a grievance concerning the facts relating to this complaint? ☑ Yes ☐ No

If your answer is no, explain why not _____

C. Is the grievance process completed? ☑ Yes ☐ No

III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

A. Defendant C. Cooper is employed as Kern County Sheriff Deputies at Central Recieving Fac. Truxtun ave Bakersfield CA 93301.

B. Additional defendants J. Moreno, un-identified female genital 1350 Norris rd Bakersfield CA 93308.

2

IV.  Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

On Sept. 25, 2015 I was assaulted.(1) While being booked into Central Recieving Facility 1415 Truxtun ave Bakersfield CA. 93301. while pretrial detainee not yet additional page added.

V.  Relief.

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

Preliminary injunction (declaratory judgement) * money damages, Relief.

Signed this __1__ day of __Jan__, 20__17__.

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

Jan. 1, 2017
(Date)

_____
(Signature of Plaintiff)

Monico J Quiroga III T-49754                                    Jan 1° 2017
P.O. Box 3030
Susanville CA. 96127.

| | |
|---|---|
| Monico J Quiroga III<br>V.<br>Kern County Sheriffs<br>C. Cooper<br>J. Moreno | Case No.<br><br>IV. Statement of Claim<br>Continuence |

Convicted or Sentenced. (2) Unjustified striking, punched several times in the livers by J. Moreno while in restraints inflicting bodyly harm with out cause will give rise to liability for violation of civil rights laws. Unjustified slaping or claping of the ears to cause harm with out cause C. Cooper, maliciously and sadistically to cause harm with out cause A wanton or malicious attack,(3) meaning the Sheriffs Deputies intended to harm pretrial detainee useing unnecessary force resulting in actual injury.(4) To livers, left ear and left radius resulting in removal of 9 screws and 6½ inch plate from left radius.(5) All while in restraints.(6) Deliberate use of force is challenged as excessive and unjustified; Due Process protects against excessive force to pretrial detainee not yet convicted.                          x Monico Q III

PROOF OF SERVICE BY MAIL
[C.C.P. 1013, 2015.; 28 U.S.C. 1746]

STATE OF CALIFORNIA )
) SS: #16005889
County of Lassen ) #HC015208A

I, (A) _Monica J Quiroz_ am a resident of the High Desert State Prison at Susanville, County of Lassen, California, am at least 18 years of age. My mailing address is P.O. Box 3030, Susanville, CA 96127.

On (B) _Nov, 8_, 20_16_, I served a true and correct copy of the following document(s):

(C) _Complaint for Damages Assault and Battery, Gov. Code § 815.2_

on each party listed below by placing it in an envelope, with adequate postage provided, and by depositing said envelope in a box for the United States Mail at HDSP, P.O. Box 3030, Susanville, CA 96127.

Each party to the action has been duly served.

This copy is being mailed to (D): _Board of Supervisors 1115 Truxtun Ave 5th Fl Bakersfield CA 93301_

I have mailed additional copies to (D): _Hon. Steven M. Katz 1415 Truxtun Ave Bakersfield CA. 93301._

There is regular delivery service by the United States Mail between the above place a mailing and the parties' listed.

I declare, under penalty of perjury, that the foregoing is true and correct.
Dated (E): _Nov, 8_            20_16_, at Susanville, California.

Signed: _[signature]_ III   CDCR I.D. # _T04975 4_

| HDSP MAILROOM ACKNOWLEDGMENT OF MAILING |
|---|
| DATE: _Nov. 8, 2016_     NOV 1 0 2016 recieved |
| SIGNED: _____ |

Clerk of the court
Superior Court of California
County of Kern
1415 Truxtun ave
Bakersfield CA. 93301.
 Civil Complaint
Dear Clerk
 I am incarcerated and do not have An attorney to assist me with this paperwork. I am asking for your assistance with these documents:

Complaint for Damages
Assault and Battery
Gov. Code, § 815.2

Request for Appointment of Counsel
and Declaration of Indigency
Suporting Documents.

Please file and stamp these documents for me and return a copy to me. I am also requesting that you provide me with A hearing date on this matter at least six weeks after the date of this letter.
Thank you for your assistance to this matter.
 Monico J Quiroga III T-49754
x [signature]
x [signature]

Monico J Quisoger III
P.O. Box 3030
Susanville CA 96127

Superior Court of the State of Cali.
County of Kern

Monico J Quisoger III

v.

C. Cooper
J. Moreno
Sheriff Entity

# 16005889
Case No. HC015208A

Complaint for Damages
Assault and Battery
Gov. Code, §815.2

Plaintiff alleges as follows:

Plaintiff Monico J Quisoger III, is an individual and is now, and at all times mentioned in this complaint was, A resident of Kern County, California.

Defendant, Bakersfield, is now, and at all times mentioned in this complaint was, A municipal corporation organized and existing under the laws of the state of California, and situated in Kern County, California.

Defendants, C. Cooper and J. Moreno, is now, and at all times mentioned in this complaint was, A resident of Kern County, California.

At all times mentioned in this complaint, Defendants, C. Cooper, J. Moreno was employed as A police officer by defendant Bakersfield

(1)

and in doing the acts alleged in this complaint was acting within the course and scope of his or her employment.

On Sept. 25, 2015 at approximately 11:45 a.m., Assaulted, such as: deffendant, C. Cooper and J. Moreno, mistakenly believing that plaintiff had committed intimidation-stalking, booked plaintiff. Plaintiff submitted peacefully to the arrest, but defendants, Sheriff deputies assaulted and battered plaintiff by beating plaintiff with closed fist while in handcuffs, causing plaintiff to sustain the serious injuries and damages described below.

Displaced fracture to left radius, hearing loss to left ear, b-nuiseing to liver, and Surgery to remove 9 screws and 6½ inch plate on may, 6 2016 at Kern Medical Center, in Bakersfield CA. 93305.

In committing the assault and Battery described above, deffendants, C. Cooper, and J. Moreno acted with oppression, or malice, entitling plaintiff to an award of punitive damages against deffendants C. Cooper and J. Moreno.

On 9-23-2016 plaintiff presented to deffendant Bakersfield pursuant to Gov. Code §905 a claim for the injuries and damages sustained by plaintiff as A result of the incedent described in this complaint.

(2)

A copy of the claim is attached as Exhibit supporting documents and incorporated by reference.

On 8·16·2016, defendant Bakersfield rejected plaintiff's claim in **~~away~~** whole allowing it only to the extent of unlimited and rejecting the Victims Compensation. A copy of the notice of rejection is attached as supporting documents and incorporated by reference.

Wherefore, plaintiff requests judgement against defendants as follows:

General damages in an amount according to proof; and Any other and further relief that the court considers proper.

Nov·6·2016

x [signature]

Notes: Request for Appointment of Counsel and Declaration of Indigency page(4)

(3)

Monico J Quiroga T-44754
P.O. Box 3030
Susanville CA 96127
In Pro Per

Superior Court of the State of Cali[fornia]
County of Kern # HC015208

In Re: HC015208 A/III
Monico J Quiroga
No. 16005889

On
Gov. Code, §815.2

No. 16005889 for Monico J Quiroga
Request for Appointment of
Counsel and Declaration of
Indigency

I, Monico J Quiroga III, declare that I am A petitioner to the above-referenced matter, that I am incarcerated at High Desert State Prison, and that I am indigent and unable to afford counsel. My total assets are $0 and my income is $0 per month.

I hereby request that counsel be appointed in this matter so that my interests may be protected by the professional assistance required. In addition, when A court issues an order to show cause, counsel must be appointed for an indigent petitioner who requests counsel. California Rules of Court, rule 4.551(c)(2).

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on Nov, 6 2016

x [signature] III

(4)

 CALIFORNIA DEPARTMENT OF
GENERAL SERVICES

Governor Edmund G. Brown Jr.

09/23/2016

Monico Junior Quiroga T49754
P.O. Box 5500
Wasco, CA 93280

RE:  Claim 16005889 for Monico Junior Quiroga T49754

Dear Monico Quiroga,

The Government Claims Program (GCP) received the claim you presented on 08/16/2016.

GCP staff reviewed your claim and determined that the cause of action accrued 09/25/2016.

The GCP has no jurisdiction to consider the claim for the following reason(s).

The claim is against an entity that is not a State governmental entity within the jurisdiction of the GCP.

If your claim involves a county, city or other local government entity, the claim should be filed directly with the local city or county's governing board or clerk.

The GCP will take no further action on your claim.

If you have questions about this matter, please feel free to contact GCP by phone, mail, or email using the contact information below.   Please remember to reference the assigned claim number (16005889) in your communication.

Sincerely,

Government Claims Program
gcinfo@dgs.ca.gov



# SUPERIOR COURT OF CALIFORNIA
# COUNTY OF KERN

**JUDGES**

John L. Fielder
Gary T. Friedman
Kenneth C. Twisselman II
Sidney P. Chapin
Michael B. Lewis
Michael G. Bush
John D. Oglesby
Gary R. Witt
Colette M. Humphrey
Craig G. Phillips
Robert S. Tafoya
William D. Palmer
Cory J. Woodward
David R. Lampe
John R. Brownlee
Judith K. Dulcich
Louie L. Vega
John S. Somers
Michael E. Dellostritto
Steven M. Katz
Raymonda B. Marquez
J. Eric Bradshaw
Charles R. Brehmer
Lorna H. Brumfield
Bryan K. Stainfield
Susan M. Gill
Jose R. Benavides
John W. Lua
Stephen D. Schuett
Thomas S. Clark
Brian M. McNamara
Kenneth G. Pritchard
Ralph Wm. Wyatt
David R. Zulfa
Marcos R. Camacho

**COURT COMMISSIONERS**

Ralph L. McKnight, Jr.
Linda S. Etienne
Joseph J. Gianquinto
Donald P. Glennon, Jr.
Alisa R. Knight
Steven Shayer
Cynthia L. Loo

**COURT EXECUTIVE OFFICER CLERK OF THE COURT**

Terry McNally

Superior Court of California
County of Kern
1415 Truxtun Avenue
Bakersfield, CA 93301
(661) 868-4934

**AUGUST 22, 2016**

**MONICO J. QUIROGA III CDC# T49754**
**WASCO STATE PRISON**
**PO BOX 5500**
**WASCO CA 93280**

Dear Sir,

A Petition of Habeas Corpus has been filed with this court. A conformed copy (front page) is enclosed with the date of filing and case number. Your case has been assigned to: Judge **Steven M. Katz.**

Your case number is as follows: **HC015208A**

If you need to contact this court please refer to the case number above.

TERRY MCNALLY, COURT EXECUTIVE OFFICER
SUPERIOR COURT COUNTY OF KERN

cc: file

Name: Monico J Quiroga III
Address: P.O. Box 5500
Wasco CA 93280

CDC or ID Number: T-49754

SUPERIOR COURT OF CALIFORNIA
COUNTY OF KERN

AUG 18 2016

TERRY McNALLY, CLERK
BY _____ DEPUTY
ENDORSED

Kern County Superior Court of California
_____
(Court)

| Monico J Quiroga III |
|---|
| Petitioner |

vs.

| Kern County Sheriff |
|---|
| Respondent |

**PETITION FOR WRIT OF HABEAS CORPUS**

No. HC015208A
(To be supplied by the Clerk of the Court)

## INSTRUCTIONS—READ CAREFULLY

- If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.
- If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.

- Read the entire form *before* answering any questions.
- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.
- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."
- If you are filing this petition in the superior court, you only need to file the original unless local rules require additional copies. Many courts require more copies.
- If you are filing this petition in the Court of Appeal and you are an attorney, file the original and 4 copies of the petition and, if separately bound, 1 set of any supporting documents (unless the court orders otherwise by local rule or in a specific case). If you are filing this petition in the Court of Appeal and you are *not* represented by an attorney, file the original and one set of any supporting documents.
- If you are filing this petition in the California Supreme Court, file the original and 10 copies of the petition and, if separately bound, an original and 2 copies of any supporting documents.
- Notify the Clerk of the Court in writing if you change your address after filing your petition.

Approved by the Judicial Council of California for use under rule 8.380 of the California Rules of Court (as amended effective January 1, 2007). Subsequent amendments to rule 8.380 may change the number of copies to be furnished to the Supreme Court and Court of Appeal.

Page 1 of 6

Form Approved for Optional Use
Judicial Council of California
MC-275 [Rev. January 1, 2010]

PETITION FOR WRIT OF HABEAS CORPUS

Penal Code, § 1473 at seq.;
Cal. Rules of Court, rule 8.380
www.courtinfo.ca.gov

| | | |
|---|---|---|
| TERRY McNALLY<br>Court Executive Officer<br><br>MARIE CASTANEDA<br>Deputy CEO - Court Operations | **SUPERIOR COURT OF CALIFORNIA**<br>COUNTY OF KERN | SUPERIOR COURT<br>METROPOLITAN DIVISION<br>FELONY CRIMINAL DIVISION<br>1415 Truxtun Avenue<br>Bakersfield, CA 93301<br><br>Telephone (661) 868-7206<br>FAX (661) 868-4884<br>WMCriminal1@kern.courts.ca.gov |



To: MONICO J QUIROGA                     Date: 22 AUGUST, 2016

RE: REQUEST TO WAIVE FEES                Case No. N/A

**THE ATTACHED PAPERS ARE BEING REJECTED / RETURNED FOR THE FOLLOWING REASON:**

☐ Original signature missing.

☐ Not an original. Copies are not accepted.

☐ Must show date, time and location of hearing in heading.

☐ Heading must include dates of Trial, Readiness or any hearings already scheduled on the court's calendar.

☐ The date you noticed is not your assigned Motion Date.

☐ Your assigned Motion Date has passed. You must file a Motion to Reset Motion Date.

☐ A Motion to Reset Motion Date requires ten (10) days notice or an Order Shortening Time.

☐ Your motion does not comply with our Rules of Court, however; your motion was forwarded to your defense counsel.

☐ There is no proof of service of opposing party / co-defendant attached.

☐ Case number is missing or incorrect.

☐ This document does not appear to be for Superior Court of California, County of Kern.

☐ Not submitted timely.

☐ Date you have noticed is a holiday/weekend.

☐ You do not appear to be a party to this action.

☐ Your document has been filed; however, the time/location has been changed. The motion will be heard in Department / Division          on          at          A.M. Only motions requiring testimony are heard at 10:00 a.m., all others are heard at 8:30 a.m. Please notify opposing counsel of this change.

☒ **OTHER: This request is moot because there are no court fees to waive for a Habeas Corpus petition. It is being returned to you unprocessed.**

Sincerely,

Terry McNally, Court Executive Officer

By _____ Deputy
P. OGILVIE

## SUPERIOR COURT OF CALIFORNIA

## IN AND FOR THE COUNTY OF KERN

| | |
|---|---|
| In re: Monico J. Quiroga<br>CDC#T-49754 | ) HC# 15208A<br>) ORDER DENYING<br>) PETITION FOR WRIT OF<br>) HABEAS CORPUS<br>)<br>) |

The court has read and considered the petition for writ of habeas corpus filed August 22, 2016 from California State Prison, Wasco California. The court is also in receipt of a request for ruling. Since the sixty day deadline for ruling on the petition has not passed in accordance with California Rules of court Rule 4.551(a)(3)(B), the request for ruling is accordingly denied.

Petitioner is serving eleven years for stalking and intimidation. He alleges that on September 25, 2015, he was a victim of an assault by two Sheriffs deputies while incarcerated in Kern County Jail. The court notes that he is no longer in the custody of Kern County, rendering the petition moot. He no longer suffers the confinement condition he alleges while at Kern County jail. *In re Williams (1994) 7 Cal.4th 572, 612 fn23*. Furthermore, personal injury claims must be pursued civilly, and thus are not within the realm of the habeas corpus remedy.

On the basis of the foregoing, the petition for writ of habeas corpus is accordingly denied.

Date: 10/12/16

Judge of the Superior Court

1

```
J2411H1             SUPERIOR COURT, METROPOLITAN DIVISION              10/14/16
KERN CJIS                 IN AND FOR THE COUNTY OF KERN                   15:37
ORGANIZATION: SC
```

CASE NO. HC015208 A      DATE: 10/12/16      TIME: 02:00 PM       DEPT.: RL

IN THE MATTER OF QUIROGA, MONICO J III

JUDGE:    STEVEN M KATZ, JUDGE           CLERK:   ANABEL BALL
REPORTER:                                BAILIFF:
NATURE OF PROCEEDINGS:
     HABEAS CORPUS.
     RULING

---

CHARGES: 1. PC 1474

---

CDC ID NUMBER: #T-49754.

THE COURT MAKES THE FOLLOWING FINDINGS AND/OR ORDERS:

PETITION FOR WRIT OF HABEAS CORPUS IS DENIED.

SEE RULING ATTACHED HERETO AND MADE A PART HEREOF.

COPY OF MINUTE ORDER SENT TO PETITIONER THIS DATE.

ENTERED ON CJIS BY ANABEL BALL-WMBAK, ON 10/14/2016.

---