UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICO J. QUIROGA, III,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>J. LEWIS, *et al.*,<br><br>　　　　Defendants. | 1:17-cv-00004-DAD-EPG<br><br>ORDER GRANTING REQUEST FOR A SUBPOENA FORM<br><br>(ECF No. 23) |

　　　　Monico J. Quiroga, III ("Plaintiff") has filed a motion to request a subpoena from the Clerk of Court. The Court will GRANT the request insofar as the motion is requesting a blank subpoena form.

　　　　The Clerk is DIRECTED to send the Plaintiff a blank subpoena *duces tecum* form (AO 88B). The Court provides the following procedural guidance for approval and service of the form:

　　　　With the Court's permission, Plaintiff may serve third party subpoenas, including on the California Department of Corrections and Rehabilitation and/or the Office of the Inspector General, if Plaintiff seeks documents from entities that are not presently defendants in this case. To issue a subpoena on these entities, or any other third parties, Plaintiff must file a request for the issuance of a subpoena *duces tecum* with the Court. If the Court approves the request, it may issue Plaintiff a subpoena *duces tecum*, commanding the production of documents from a non-party, and may command service of the subpoena by the United States Marshal Service. Fed. R. Civ. P. 45; 28 U.S.C. 1915(d). However, the Court will consider granting such a request only if the documents sought from the non-party are not equally available to Plaintiff and are not obtainable from Defendant(s) through a request for production of documents. Fed. R. Civ. P. 34. In any request for a subpoena, Plaintiff must: (1) identify with specificity the

documents sought and from whom; and (2) make a showing in the request that the records are only obtainable through that third party. The documents requested must also fall within the scope of discovery allowed in this action. *See* Fed. R. Civ. P. 26(b)(1).

Upon receipt of the form:

A. Plaintiff shall make any additional required copies of the form (additional blank forms will not be provided).

B. Plaintiff shall fill out the header, and the following fields:

1) "To:" (Name of person to whom this subpoena is directed) including the location of the person or entity to be served;

2) "Production" by checking the box and identifying with specificity the documents sought; and

3) "Place:" by providing his own name and address for delivery of the requested documents.

C. Plaintiff shall leave the remainder of the fields blank (including, but not limited to, "Date and Time:"). The Court will fill in the remainder of the fields, when received and if approved for service.

IT IS SO ORDERED.

Dated: **September 21, 2017**   /s/ *Erici P. Grosjean*
UNITED STATES MAGISTRATE JUDGE