UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICO J. QUIROGA, III,<br><br>    Plaintiff,<br><br>    v.<br><br>C. COOPER, J. MORENO, et al.,<br><br>    Defendants. | Case No. 1:17-cv-00004-DAD-EPG (PC)<br><br>ORDER DENYING MOTION FOR ENTRY OF DEFAULT<br><br>(ECF No. 31) |

Monico J. Quiroga, III ("Plaintiff") is a prisoner[1] proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. This case is currently proceeding on Plaintiff's claim for excessive use of force brought under the Fourteenth Amendment against defendants C. Cooper and J. Moreno. (ECF No. 19.)

On July 26, 2017, the Court issued an Order directing the U.S. Marshal to execute service of process upon defendants Cooper and Moreno. (ECF No. 22.) On November 27, 2017, the summons for defendants Cooper and Moreno was returned unexecuted. (ECF No. 30.) It was noted that the Kern County Sheriff's Office refused acceptance of the summons because the defendants were no longer employees. (*Id*.)

On December 18, 2017, Plaintiff filed a motion requesting default judgment. (ECF No. 31.) Because entry of default is a prerequisite to a default judgment, *see* Fed. R. Civ. P. 55, the Court construes Plaintiff's motion as a motion for entry of default under Rule 55(a). Entry of default is appropriate when "party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise." Fed. R. Civ. P. 55(a).

Here, entry of default is not appropriate because service of process has not yet been returned executed as to defendants C. Cooper and J. Moreno. (ECF No. 30.) Defendants must

---

[1] Plaintiff was a pretrial detainee at time of the incident giving rise to the Complaint. He is presently a state prisoner at High Desert State Prison in Susanville, California.

1

be properly served before they have a legal obligation to appear in a case. Until service has been properly effected, defendants lack of response cannot for the basis of a default judgment.

Accordingly, Plaintiff's motion for entry of default (ECF No. 31) is DENIED.

By separate order, the Court is requesting further information to assist in locating and serving the defendants with process.

IT IS SO ORDERED.

Dated: **December 26, 2017**

/s/ Eric P. Grojean
UNITED STATES MAGISTRATE JUDGE