UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICO J. QUIROGA, III,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>C. COOPER, J. MORENO, et al.,<br><br>　　　　Defendants. | Case No. 1:17-cv-00004-DAD-EPG (PC)<br><br>ORDER GRANTING LEAVE FOR PLAINTIFF TO REQUEST ISSUANCE OF A SUBPOENA TO LOCATE SERVICE ADDRESS FOR DEFENDANT C. COOPER AND J. MORENO<br><br>RESPONSE REQUESTED WITHIN 30 DAYS |

Monico J. Quiroga, III ("Plaintiff") is a prisoner[1] proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. This case is currently proceeding on Plaintiff's claim for excessive use of force brought under the Fourteenth Amendment against defendants C. Cooper and J. Moreno. (Doc. No. 19.) Defendant C. Cooper was a deputy and defendant J. Moreno was a guard at Kern County Sheriff's Office at the time of the incident alleged in the complaint, which occurred on September 25, 2015.

On July 26, 2017, the Court issued an Order directing the U.S. Marshal to execute service of process upon defendants Cooper and Moreno. (Doc. No. 22.) On November 27, 2017, the summons for defendants Cooper and Moreno was returned unexecuted. (Doc. No. 30.) It was noted that the Kern County Sheriff's Office refused acceptance of the summons because the defendants were no longer employees. (*Id.*)

On December 26, 2017, the undersigned entered an Order requesting assistance from the Kern County Counsel in locating an appropriate service address for defendants Cooper and

---

[1] Plaintiff was a pretrial detainee at time of the incident giving rise to the Complaint. He is presently a state prisoner at High Desert State Prison in Susanville, California.

1

Moreno. (ECF No. 35.) The Order requested that Kern County Counsel respond with the service address service for defendants C. Cooper and J. Moreno within fourteen days of service of the Order.

Kern County Counsel did not respond to the Court's December 26, 2017 Order.

Accordingly, the Court ORDERS as follows:

Within thirty (30) days of this Order, Plaintiff may request the issuance of a subpoena *duces tecum* requesting all documents regarding defendants C. Cooper and J. Moreno's contact information, including but not limited to their current and/or last known mailing address and any identifying information that would assist in locating them.

Additionally, the Clerk of Court is directed to serve Kern County Counsel (County Administration Building, 1115 Truxtun Avenue, 4th Floor, Bakersfield, California 93301) with a copy of this order.

IT IS SO ORDERED.

Dated: **January 17, 2018**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE