UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICO J. QUIROGA III,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C. COOPER, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:17-cv-00004-DAD-JDP<br><br>ORDER TO SHOW CAUSE WHY DEFENDANT J. MORENO SHOULD NOT BE DISMISSED FROM CASE WITHOUT PREJUDICE |

Plaintiff Monico J. Quiroga III is a state prisoner proceeding pro se in this civil rights action. He brings an excessive force claim under 42 U.S.C. § 1983 against Defendants C. Cooper and J. Moreno. The court ordered service as to both defendants on July 10, 2017, and service was returned unexecuted as to J. Moreno on November 27, 2017.[1] (Doc. Nos. 20, 30.) Despite the court's efforts to assist with service as to J. Moreno (Doc. Nos. 27, 36), he remains unserved. Counsel for defendants has informed the court that the Kern County Sheriff's Office has neither a current employee named J. Moreno nor record of employing a J. Moreno at the time of the alleged incident. (Doc. No. 50 at 2.)

Federal Rule of Civil Procedure 4(m) provides for a "time limit for service" as follows:

> **(m) Time Limit for Service**. If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good

---

[1] Service has been executed as to defendant C. Cooper, and he has filed an answer to the complaint. (Doc. No. 44.)

1

cause for the failure, the court must extend the time for service for an appropriate period . . . .

Fed. R. Civ. P. 4(m).

Accordingly,

Plaintiff is hereby ORDERED to SHOW CAUSE why defendant J. Moreno should not be dismissed from this case without prejudice based on plaintiff's failure to effectuate service of process. Plaintiff shall file a written response within 21 days of this Order. Failure to comply with this Order may result in the dismissal of defendant J. Moreno without prejudice.

IT IS SO ORDERED.

Dated: June 19, 2018        /s/ *Jeremy D. Peterson*
                            UNITED STATES MAGISTRATE JUDGE