UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICO J. QUIROGA, III,<br><br>    Plaintiff,<br><br>    v.<br><br>C. COOPER, et al.,<br><br>    Defendants. | No. 1:17-cv-00004-DAD-JDP<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING DEFENDANT MORENO AND DENYING PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION<br><br>(Doc. Nos. 55, 62) |

Plaintiff Monico J. Quiroga, III is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 23, 2018, the assigned magistrate judge issued findings and recommendations, recommending that defendant J. Moreno be dismissed from this case without prejudice based on plaintiff's failure to effectuate service of process. (Doc. No. 55.) On August 3, 2018, the assigned magistrate judge issued findings and recommendations, recommending that plaintiff's motion for injunctive relief (Doc. No. 57) be denied. (Doc. No. 62.) The findings and recommendations were served on the parties and contained notice that objections thereto were to be filed within fourteen days. Plaintiff has filed objections. (Doc. Nos. 61, 66.)

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the matter. Having carefully reviewed the entire file, the court finds that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. Both the July 23, 2018 findings and recommendations (Doc. No. 55) and the August 3, 2018 findings and recommendations (Doc. No. 62) are adopted in full;
2. Defendant "J. Moreno" is dismissed from this action without prejudice;
3. Plaintiff's motion for injunctive relief (Doc. No. 57) is denied; and
4. This matter is referred back to the assigned magistrate judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated: **October 19, 2018**

UNITED STATES DISTRICT JUDGE